

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00814-CR

Jacob Randall **SONGER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-272-CR
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

 The Clerk's Notification of Late Record is hereby GRANTED. The clerk's record is due February 2, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court